1078

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Barry Rand Elden, Assistant State's Attorneys, and Stephen Y. Brodhay, Senior Law Student, of counsel), for the People.

No appearance for appellee.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v*. JESSE WEST, Defendant-Appellant.

(No. 59048;

First District (5th Division)—April 11, 1974.

PER CURIAM.

BARRETT, J., took no part.

Paul Bradley, Deputy Defender, of Chicago (Steven Clark, Assistant Appellate Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Alan W. Brothers, Assistant State's Attorneys, of counsel), for the People.